No. 2983. Gordils, Apelante, *v.* Blazquez, Apelado.— C. de D. de Arecibo. R. enero 29, 1924.

Por cuanto, en el caso arriba expresado consta que fué ofrecida una carta como prueba, que representaba estar firmada por el demandado y apelado, y fechada agosto 16, 1920.

Por cuanto, no se permitió que la referida carta se ofreciera como prueba y a esta resolución denegatoria fué tomada la debida objeción y se alega ahora como error.

Por cuanto, la inclusión de esta carta como prueba parece ser importante para la consideración de este caso;

Por tanto, se ordena por la presente que el Juez de la Corte de Distrito de Arecibo, Hon. Enrique Lloreda, dis-

ponga que se prepare una certificación suplementaria en este caso, que incluya la referida carta y se identifique como la carta que fué ofrecida en evidencia, concediéndose a ambas partes la oportunidad de ser oídas con el fin de proponer adiciones o enmiendas a la indicada certificación.